**Opinion issued February 25, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-19-00691-CV

———————————————

## TEDROS B. SALEMI, Appellant

## V.

## MOHAMMED N. MOHAMMED, Appellee

---

**On Appeal from the County Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1131228**

---

## MEMORANDUM OPINION

Appellant, Tedros B. Salemi, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX.

GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in

the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.